IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT MEADE GUY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:03cv1211-ID |
| | )            (WO) |
| DR. DAVIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 17, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. That the Recommendation be and the same is hereby ADOPTED;

2. That the defendants's motion for summary judgment be and the same is hereby GRANTED;

3. That this case be and the same is hereby DISMISSED with prejudice; and

4. That the costs of this proceeding be and the same are hereby TAXED against the plaintiff for which let execution issue.

DONE this 4th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE